THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, *v.* SANDROCK REALTY COMPANY, Appellant, and ROBERT MUH et al., Composing the Board of Assessors of the City of New York, Defendants.

*People ex rel. City of New York* v. *Sandrock Realty Co.,* 149 App. Div. 651, affirmed.

(Argued March 3, 1913; decided March 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

April 18, 1912, which sustained a writ of certiorari and annulled a determination of the defendant board of assessors awarding damages to the appellant herein for injury to real property arising from a change of grade in a city street.

*Benjamin Trapnell* and *F. W. Hottenroth* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Clarence L. Barber* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs, on opinion of MILLER, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, CHASE, COLLIN and HOGAN, JJ.